IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICALS LTD, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | C. A. No.: 11-1112-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Watson's Initial Disclosures Pursuant to the Delaware Default Standard for Discovery and this Notice were caused to be served on February 17, 2012 upon the following in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

Michael P. Kelly (mkelly@mccarter.com)
Daniel M. Silver (dsilver@mccarter.com)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801

**BY E-MAIL**

Nicholas N. Kallas (nkallas@fchs.com)
Filko Prugo (fprugo@fchs.com)
Charlotte Jacobsen (cjacobsen@fchs.com)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800

01: 11802862.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Erika R. Caesar*

Melanie K. Sharp (No. 2501)
Erika R. Caesar (No. 5143)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

ROTHWELL, FIGG, ERNST & MANBECK
E. Anthony Figg
C. Nichole Gifford
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

Dated: February 17, 2012

*Attorneys for Defendants Watson Laboratories, Inc., Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.*