## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | : : : : : : : | |
| Plaintiffs, | : | Case No. 1:11-cv-01077-RGA |
| v. | : : | |
| ACTAVIS SOUTH ATLANTIC LLC and ACTAVIS, INC., | : : : | |
| Defendants. | : | |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | : : : : : : : | |
| Plaintiffs, | : | Case No. 1:11-cv-01112-RGA |
| v. | : : | |
| WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC., | : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of **(1) Plaintiffs' Third Set of Requests to Watson for the Production of Documents and Things and this Notice of**

ME1 13366724v.1

**Service** were caused to be served on May 1, 2012, on the following counsel in the manner indicated:

| BY EMAIL | BY EMAIL |
|---|---|
| Melanie K. Sharp<br>Erika R. Caesar<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*msharp@ycst.com*<br>*ecaesar@ycst.com* | E. Anthony Figg<br>C. Nichole Gifford<br>Rothwell, Figg, Ernst & Manbeck, P.C.<br>607 14th Street, N.W., Suite 800<br>Washington, DC 20005<br>(202) 783-6040<br>*efigg@rfem.com*<br>*ngifford@rfem.com* |

Dated: May 1, 2012

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*mkelly@mccarter.com*
*dsilver@mccarter.com*

Attorneys for Plaintiffs

Of Counsel:
Nicholas N. Kallas
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200